McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
FACSIMILE: (202) 307-0054

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Civil No. CIV-S-04-2429 WBS DAD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **UNITED STATES' THIRD EX PARTE REQUEST FOR ORDER CONTINUING SCHEDULING CONFERENCE, and ORDER** |
| KEVIN ALLEN CARDOZA, | ) | |
| Defendant. | ) | Date: May 6, 2005<br>Time: 11 a.m.<br>Court: 27 |

The Court set a scheduling conference on May 6, 2005, at 11 a.m. before the Honorable Magistrate Judge Dale A. Drozd. The United States has filed a motion for summary judgment which, if granted, would resolve this entire case. The argument for the motion for summary judgment is scheduled for June 10, 2005, at 10:00 a.m. Undersigned counsel suggests that the motion is very likely to resolve this entire case. The United States requests that the scheduling conference set for May 6, 2005, be rescheduled for June 10, 2005, at 10:00 a.m. If this request is granted, only one appearance will be necessary, conserving judicial resources.

/////

/////

/////

/////

/////

/////

1 | The United States requests an order in accordance with the foregoing.

2 | Respectfully submitted this 28rd day of April, 2005.

McGREGOR W. SCOTT
United States Attorney


/s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6648
Facsimile: (202) 307-0054

**IT IS ORDERED THAT** the Status (Pretrial Scheduling) Conference on May 6, 2005, at 11 a.m. is continued to June 10, 2005, at 10 a.m. in Courtroom 27.

DATED: April 29, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/cardoza2429.ord

- 2 -