IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                    No. CIV S-04-2429 WBS DAD PS

    vs.

KEVIN ALLEN CARDOZA,

    Defendant.                 ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On October 26, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Defendant has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 26, 2005, are adopted in full;

2. Plaintiff's motion for summary judgment (docket no. 31) filed April 20, 2005, is granted and judgment for plaintiff is hereby entered on all claims.

3. Any UCC Financing Statement filed by defendant which purports to create a lien or any other non-consensual or non-statutory encumbrance against the person or property of any IRS employee or any other person who authorized or performed any act in connection with the investigation, assessment, collection, or adjudication of defendant's tax liabilities or tax disputes is declared null and void ab initio and declared to have no force and effect. Specific filings which meet this criterion may be nullified by order of this Court obtained on an ex parte application.

4. An order to that effect may be filed and recorded by the United States with the California Secretary of State, any county clerk's office, assessor's office, or other public registry where such liens have or will be filed by defendant.

5. Regardless of nomenclature, caption, title, or terms used to describe the document, Kevin A. Cardoza is permanently enjoined from filing, or attempting to file, any document or instrument which purports to create a lien or any other non-consensual or non-statutory encumbrance against the person or property of any IRS employee or any other person who authorized or performed any act in connection with the investigation, assessment, collection, or adjudication of defendant's tax liabilities or tax disputes.

6. However, this permanent injunction shall not apply to or prohibit liens lawfully created by any judgment of a court of competent jurisdiction.

7. Defendant is hereby notified that failure to comply with the injunction may subject him to sanctions for contempt of court.

8. An order is hereby entered specifically declaring and adjudging that the UCC Financing Statement filed against Regina M. Owens is null, void and of no legal effect.

1  9. All of the following motions filed by defendant are denied for lack of factual
2  and legal merit: (1) January 10, 2005, motion to dismiss (docket no. 8); (2) March 31, 2005,
3  motion to compel discovery (docket no. 20); (3) May 27, 2005, motion for proof of standing of
4  delegation (docket no. 35); and (4) June 9, 2005, motion for continuance to allow for discovery
5  and/or stay for administrative action and review by United States Attorney General (docket no.
6  40).
7  DATED: November 29, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

11 /cardoza2429.jo